**Order filed June 28, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00135-CV

———————

**JORGE ROBLES AND WERNER ROBLES, INDIVIDUALLY AND AS HEIRS OF ZOILA ROBLES, Appellants**

**V.**

**PINNACLE HEALTH FACILITIES XV, LP D/B/A WOODRIDGE NURSING AND REHABILITATION, Appellee**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2015-11057**

## ORDER

The reporter's record in this case was due **April 6, 2018**. *See* Tex. R. App. P. 35.1. On April 10, 2018, this court ordered the court reporter to file the record within 15 days. The record was not filed with the court. On May 1, 2018, the court issued another order directing the court reporter to file the record within 15 days. The order noted that if the record was not timely filed an order may issue directing

the trial court to conduct a hearing to determine the reason for the failure to file the record. On May 8, 2018, the court reporter notified this court that payment arrangements had not been made to pay for the record. Appellants provided proof of payment for the record on May 24, 2018. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Jackson**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Gina Jackson** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM